IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LATWON TYRONE MOSBY,                )
                                    )
     Petitioner,                    )
                                    )
v.                                  )     CASE NOS. CV416-307
                                    )               CR414-307
UNITED STATES OF AMERICA,           )
                                    )
     Respondent.                    )
                                    )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 3.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2255 petition is **DENIED**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

While not an objection, Petitioner did file a response to the Report and Recommendation. (Doc. 10.) In that document, Petitioner concurred with the Magistrate Judge that his habeas petition lacked merit, but purported to amend his petition to add new claims. (Id. at 1.) Ultimately, the Magistrate Judge determined that Petitioner

was not entitled to amend his claims as proposed because they were completely unrelated to his initial grounds for relief. (Doc. 13 at 4.) The remainder of his response does not offer any objection to the Report and Recommendation, rather simply concedes that his initial petition lacked merit. As a result, the petition must be denied.

SO ORDERED this 27th day of June 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA